✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

v.

MATTHEW A. COPELAND

516 BARBARA DR

TIPP CITY, OH 45371

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

CM/ECF Case No. 3:25-PO-00008-CHG

Case No.     OS10     E1541555

USM No.

James Sanchez

Defendant's Attorney

**THE DEFENDANT:**    MATTHEW A. COPELAND

☑ **THE DEFENDANT** pleaded guilty to count(s)    1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 7 & 13 and ORC 4510.11 | Driving Under Suspension on in Violation of License Restriction | 12/5/24 | 1 |

☐ Count(s) _____ ☐ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $50.00 | $ 10.00 | $ 40.00 | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.:    4947

Defendant's Year of Birth:  1987

City and State of Defendant's Residence:
TIPP CITY, OH

7/23/25

Date of Imposition of Judgment

Signature of Judge

Caroline H. Gentry, United States Magistrate Judge

Name and Title of Judge

7/29/2025

Date